UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOREEN KOP KOPE,<br><br>    Petitioner,<br><br> v.<br><br>JULIE MYERS, et al.,<br><br>    Respondents. | CASE NO.  C07-0199-RSL-JPD<br><br>REPORT AND<br>RECOMMENDATION |

  On February 2, 2007, petitioner Doreen Kop Kope, proceeding through counsel, filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging her continued detention by the U.S. Immigration and Customs Enforcement ("ICE").  (Dkt. #1).  On May 7, 2007, respondents filed a Second Supplemental Submission in Support of Motion to Dismiss and submitted documents indicating that petitioner was removed to Zambia on May 1, 2007, and is no longer in ICE custody.  (Dkt. #14, Ex. A).  Respondents asserts that because petitioner is no longer detained by ICE, petitioner's habeas petition should be dismissed as moot.

  Because petitioner is no longer in ICE custody, the Court finds that petitioner's habeas petition should be dismissed as moot.  *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir.

REPORT AND RECOMMENDATION
PAGE – 1

1  1992)(holding that the District Court properly dismissed plaintiff's claims that had become either

2  moot or unripe).  Accordingly, I recommend that respondents' motion to dismiss be granted

3  (Dkt. #9), and that this action be dismissed.  A proposed Order accompanies this Report and

4  Recommendation.

5        DATED this 15th day of May, 2007.

                                              */s/ James P. Donohue*
                                              JAMES P. DONOHUE
                                              United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE – 2