UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOREEN KOP KOPE,

        Petitioner,

v.

JULIE MYERS, et al.,

        Respondents.

CASE NO. C07-0199-RSL-JPD

ORDER OF DISMISSAL

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's § 2241 petition, Dkt. #1, is DENIED, respondents' motion to dismiss, Dkt. #9, is GRANTED, and this action is DISMISSED with prejudice; and

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 4th day of June, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge